UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in compliance with D.N.J. LBR 9004-1(b)

MASELLI, MILLS & FORNAL, P.C.
By: Joseph W. Kitlas, Esquire
400 Alexander Park, Suite 101
Princeton, New Jersey 08540
(609) 452-8411
jkitlas@masellilaw.com
*Attorneys for Creditor, Unity Bank*

In re:

BRENT DAVID MITZAK and KERI ALEXIS MITZAK,

                    Debtors.

**Order Filed on March 17, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

CASE NUMBER: 26-10735-CMG

CHAPTER 7

Honorable Christine M. Gravelle

**ORDER GRANTING MOTION FOR RELIEF FROM STAY**

The relief set forth on the following page is hereby **ORDERED**

**DATED: March 17, 2026**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

Upon the motion of Creditor, Unity Bank, under Bankruptcy Code Section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is:

ORDERED that the motion is granted and the stay is terminated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

X     Real Property more fully described as:

201 Parker Road, Bloomsbury, New Jersey 08804

IT IS FURTHER ORDERED that the movant may join the debtors and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

IT IS FURTHER ORDERED that the movant shall be permitted to reasonably communicate with Debtors and Debtor's counsel to the extent necessary to comply with applicable non-bankruptcy law.

IT IS FURTHER ORDERED that the Trustee is directed to cease making any further distributions to the Creditor.

IT IS FURTHER ORDERED that the 14-day period for the stay relief order pursuant to FBRP 4001(a)(3) is hereby **WAIVED**.

IT IS FURTHER ORDERED, that service of this Order must be made under D.N.J. LBR 9013-5(f).

The movant shall serve this order on the Debtors, any trustee and any other party who entered an appearance on the motion.