UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                                              Bankr. Case No. 26-10735-CMG-7

BRENT D. MITZAK and KERI A. MITZAK                                                   Chapter 7
        Debtor(s)

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

> Americredit Financial Services, Inc. dba GM Financial
> PO Box 183853
> Arlington, TX  76096

By  /s/  Mandy Youngblood

> Mandy Youngblood
> PO Box 183853
> Arlington, TX  76096
> 877-203-5538
> 877-259-6417
> Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                                    Bankr. Case No. 26-10735-CMG-7

BRENT D. MITZAK and KERI A. MITZAK                                                         Chapter 7

     Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on March 9, 2026 :

KARINA PIA LUCID                              John Michael McDonnell
1065 ROUTE 22                                 115 Maple Avenue
BRIDGEWATER, NJ  08807                        Suite 201
                                              Red Bank, NJ 07701


By  /s/ Mandy Youngblood

Mandy Youngblood

xxxxx48088 / 1126935