Order Filed on March 17, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in compliance with D.N.J. LBR 9004-1(b)

MASELLI, MILLS & FORNAL, P.C.
By: Joseph W. Kitlas, Esquire
400 Alexander Park, Suite 101
Princeton, New Jersey 08540
(609) 452-8411
jkitlas@masellilaw.com
*Attorneys for Creditor, Unity Bank*

In re:

BRENT DAVID MITZAK and KERI ALEXIS
MITZAK,

                    Debtors.

CASE NUMBER: 26-10735-CMG

CHAPTER 7

Honorable Christine M. Gravelle

## ORDER GRANTING MOTION FOR RELIEF FROM STAY

The relief set forth on the following page is hereby **ORDERED**

**DATED: March 17, 2026**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

Upon the motion of Creditor, Unity Bank, under Bankruptcy Code Section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is:

ORDERED that the motion is granted and the stay is terminated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

X      Real Property more fully described as:

201 Parker Road, Bloomsbury, New Jersey 08804

IT IS FURTHER ORDERED that the movant may join the debtors and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

IT IS FURTHER ORDERED that the movant shall be permitted to reasonably communicate with Debtors and Debtor's counsel to the extent necessary to comply with applicable non-bankruptcy law.

IT IS FURTHER ORDERED that the Trustee is directed to cease making any further distributions to the Creditor.

IT IS FURTHER ORDERED that the 14-day period for the stay relief order pursuant to FBRP 4001(a)(3) is hereby **WAIVED**.

IT IS FURTHER ORDERED, that service of this Order must be made under D.N.J. LBR 9013-5(f).

The movant shall serve this order on the Debtors, any trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court

District of New Jersey

In re:                                                                              Case No. 26-10735-CMG

Brent David Mitzak                                                                  Chapter 7

Keri Alexis Mitzak

     Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3                     User: admin                                         Page 1 of 2

Date Rcvd: Mar 17, 2026                  Form ID: pdf903                           Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**　　　**Definition**

+ 　　　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2026:**

**Recip ID**　　　　　　　**Recipient Name and Address**
db/jdb 　　　　　　　+　Brent David Mitzak, Keri Alexis Mitzak, 201 Parker Road, Bloomsbury, NJ 08804-4042

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2026                        Signature:　　　　/s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2026 at the address(es) listed below:**

**Name**　　　　　　　　　**Email Address**

David Fornal
　　　　　　　on behalf of Creditor Unity Bank dfornal@masselliwarren.com

Denise E. Carlon
　　　　　　　on behalf of Creditor Huntington National Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

John Michael McDonnell
　　　　　　　jmcdonnell@mchfirm.com  NJ95@ecfcbis.com,paralegal@mchfirm.com

John Michael McDonnell
　　　　　　　on behalf of Trustee John Michael McDonnell jmcdonnell@mchfirm.com  NJ95@ecfcbis.com,paralegal@mchfirm.com

Joseph William Kitlas
　　　　　　　on behalf of Creditor Unity Bank jkitlas@masellilaw.com

Karina Pia Lucid

District/off: 0312-3                              User: admin                                    Page 2 of 2
Date Rcvd: Mar 17, 2026                        Form ID: pdf903                              Total Noticed: 1

on behalf of Debtor Brent David Mitzak 15020@notices.nextchapterbk.com;courtnotices@karinalucidlaw.com

Karina Pia Lucid

on behalf of Joint Debtor Keri Alexis Mitzak 15020@notices.nextchapterbk.com;courtnotices@karinalucidlaw.com

Paul T. DeVlieger

on behalf of Creditor Developers Surety and Indemnity Company pdevlieger@dvhlaw.com  csimpson@dvhlaw.com

Robert M Dunn

on behalf of Creditor Developers Surety and Indemnity Company rdunn@dvhlaw.com

Scott S. Rever

on behalf of Trustee John Michael McDonnell srever@genovaburns.com
srever@ecf.inforuptcy.com;dmendez@genovaburns.com;dmendez@ecf.inforuptcy.com

Timothy P. Duggan

on behalf of Creditor John Deere Construction & Forestry Company tduggan@stark-stark.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 12