UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

MITZAK, Brent David &
MITZAK, Keri Alexis

Case No.: _____26-10735_____

Chapter: _____7_____

Judge: _____CMG_____

## NOTICE OF PROPOSED ABANDONMENT

_____John Michael McDonnell_____, _____Trustee_____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:  United States Bankruptcy Court Clerk
Clarkson S. Fisher U.S. Courthouse
402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable _____Christine M. Gravelle_____ on _____April 28, 2026_____ at _10:00_ a.m. at the United States Bankruptcy Court, Courtroom no. ___3___. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:  201 Parker Road
Bloomsbury, New Jersey 08804

Value: $802,000

Liens on property:                    $1,319,377 +

Minis 10% Cost of Sale (COS)

Amount of equity claimed as exempt:  60,000

Objections must be served on, and requests for additional information directed to:

Name:  John Michael McDonnell, Trustee

Address:  500 Hooper Avenue, Second Floor, Toms River, New Jersey 08753

Telephone No.: 732.383.7233

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 26-10735-CMG

Brent David Mitzak                                                                   Chapter 7

Keri Alexis Mitzak

        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3                              User: admin                                            Page 1 of 3

Date Rcvd: Mar 24, 2026                     Form ID: pdf905                                    Total Noticed: 44

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brent David Mitzak, Keri Alexis Mitzak, 201 Parker Road, Bloomsbury, NJ 08804-4042 |
| cr | + | John Deere Construction & Forestry Company, c/o Timothy P. Duggan, Esquire, P. O. Box 5315, Princeton, NJ 08543, UNITED STATES 08543-5315 |
| r | + | Ruggeri Realty, LLC, 29 Hadley Avenue, Toms River, NJ 08753-7520 |
| cr | + | Unity Bank, c/o Maselli, Mills & Fornal, P.C., Attn. David Fornal, Esq, 400 Alexander Park, Suite 101 Princeton, NJ 08540-6797 |
| 520955979 | + | 28 Liberty Street., New York, NY 10005-1400 |
| 520955980 | + | 330 Pawlings Rd., Phoenixville, PA 19460-2683 |
| 520955984 | + | Asphalt Paving System Ms, Inc., 500 N Egg Harbor Rd., PO Box 530, Hammonton, NJ 08037-0530 |
| 520955993 | + | John Deere Financial/ Deere & Co., 6400 NW 86th St, PO Box 6600, Johnston, IA 50131-6600 |
| 520955996 | | Maselli, Mills & Fornal, P.C., 499 Alexander Park, Ste. 101, Princeton, NJ 08540 |
| 520955998 | + | Ngm Insurance Company, 4601 Touchton Road East, Suite 3400, Jacksonville, FL 32246-4486 |
| 520956000 | | Stark & Stark, P.O. Box 5315, Princeton, NJ 08543-5315 |
| 520956005 | + | Unity Bank c/o Maselli, Mills & FornaL, PC, 400 Alexander Park, Suite 101, Princeton, NJ 08540-6797 |
| 520956006 | + | Work Zone Contractors S, LLC, 1779 Delsea Dr., Unit 3, Woodbury, NJ 08096-3626 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 24 2026 21:36:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 24 2026 21:36:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 521040007 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 24 2026 21:36:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 520958098 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 24 2026 21:38:15 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520958085 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 24 2026 21:38:32 | Ally Bank Lease Trust - Assignor to Vehi, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520969216 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 24 2026 21:38:31 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520955981 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 24 2026 21:38:23 | Ally Capital Department AIS Portfolio, 4515 N Santa Fe Ave. Dept. APS Oklahoma, Oklahoma City, OK 73118-7901 |
| 520955982 | + | Email/Text: ally@ebn.phinsolutions.com | Mar 24 2026 21:35:00 | Ally Financial, 500 Woodward Ave, Detroit, MI 48226-3416 |
| 520969989 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 24 2026 21:36:00 | AmeriCredit Financial Services, Inc. dba GM |

Case 26-10735-CMG    Doc 34    Filed 03/26/26    Entered 03/27/26 00:15:03    Desc Imaged
Certificate of Notice    Page 3 of 4
District/off: 0312-3                          User: admin                                    Page 2 of 3
Date Rcvd: Mar 24, 2026                       Form ID: pdf905                                Total Noticed: 44

| | | | | |
|---|---|---|---|---|
| | | | | Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 521038861 | | Email/PDF: bncnotices@becket-lee.com | Mar 24 2026 21:38:28 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520955983 | + | Email/PDF: bncnotices@becket-lee.com | Mar 24 2026 21:38:31 | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 520955985 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 24 2026 21:38:34 | Bloom/Cbna, Po Box 6789, Sioux Falls, SD 57117-6789 |
| 520955986 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 24 2026 21:38:14 | Cap1/Kohls Dept Store, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 520955987 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 24 2026 21:38:25 | Citi Bank, PO BOX 6500, Sioux Falls, SD 57117-6500 |
| 520955988 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 24 2026 21:38:23 | Credit One Bank Na, Po Box 98875, Las Vegas, NV 89193-8875 |
| 520955989 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 24 2026 21:36:00 | Department of Treasury, Internal Revenue Serv, PO Box 7346, Philadelphia, PA 19101-7346 |
| 521009702 | + | Email/Text: arlegal@amtrustgroup.com | Mar 24 2026 21:36:00 | Developers Surety and Indemnity Company, 17771 Cowan Street, Irvine, CA 92614-6044 |
| 520955990 | + | Email/Text: UpStart@ebn.phinsolutions.com | Mar 24 2026 21:36:00 | Drbank/Upst, P.O. Box 1503, San Carlos, CA 94070-7503 |
| 520955991 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Mar 24 2026 21:35:00 | Gs Bank Usa, Lockbox 6112, Philadelphia, PA 19170-0001 |
| 520955992 | + | Email/Text: bankruptcy@huntington.com | Mar 24 2026 21:36:00 | Huntington Mortgage Co, 7575 Huntington Park Dr, Columbus, OH 43235-2600 |
| 521015388 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Mar 24 2026 21:35:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520955994 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 24 2026 21:38:14 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850-5369 |
| 520955995 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 24 2026 21:38:17 | Macys/Cbna, Po Box 6789, Sioux Falls, SD 57117-6789 |
| 520955997 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 24 2026 21:35:00 | Nationstar/Mr Cooper, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 520955999 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 24 2026 21:35:00 | Pnc Bank, N.A., 1 Financial Pkwy, Kalamazoo, MI 49009 |
| 520956001 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Mar 24 2026 21:35:00 | State of New Jersey, Division of Taxation Ban, 3 John Fitch Way, Trenton, NJ 08625 |
| 520980228 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Mar 24 2026 21:35:00 | State of New Jersey-Division of Taxation, PO Box 245-Bankruptcy, Trenton, NJ 08695-0245 |
| 520956002 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 24 2026 21:38:20 | Syncb/Tjx Cos Dc, Po Box 71746, Philadelphia, PA 19176-1746 |
| 520956003 | ^ | MEBN | Mar 24 2026 21:31:56 | Td Bank Na, Po Box 71466, Philadelphia, PA 19176-1466 |
| 520956004 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 24 2026 21:38:17 | Thd/Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 521020638 | + | Email/Text: peritus@ebn.phinsolutions.com | Mar 24 2026 21:36:00 | Upstart Network, Inc, c/o Peritus Portfolio Services II, LLC, PO Box 1149, GRAPEVINE, TX 76099-1149 |

TOTAL: 31

District/off: 0312-3                         User: admin                                Page 3 of 3
Date Rcvd: Mar 24, 2026                      Form ID: pdf905                        Total Noticed: 44

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 521044994 | | John Deere Construction & Forestry Company, c/o Timothy P. Duggan, Esquire, Stark & Stark, P.C. |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Fornal | on behalf of Creditor Unity Bank dfornal@maselliwarren.com |
| John Michael McDonnell | on behalf of Trustee John Michael McDonnell jmcdonnell@mchfirm.com  NJ95@ecfcbis.com,paralegal@mchfirm.com |
| John Michael McDonnell | jmcdonnell@mchfirm.com  NJ95@ecfcbis.com,paralegal@mchfirm.com |
| Joseph William Kitlas | on behalf of Creditor Unity Bank jkitlas@masellilaw.com |
| Karina Pia Lucid | on behalf of Debtor Brent David Mitzak 15020@notices.nextchapterbk.com;courtnotices@karinalucidlaw.com |
| Karina Pia Lucid | on behalf of Joint Debtor Keri Alexis Mitzak 15020@notices.nextchapterbk.com;courtnotices@karinalucidlaw.com |
| Matthew K. Fissel | on behalf of Creditor Huntington National Bank bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| Paul T. DeVlieger | on behalf of Creditor Developers Surety and Indemnity Company pdevlieger@dvhlaw.com  csimpson@dvhlaw.com |
| Robert M Dunn | on behalf of Creditor Developers Surety and Indemnity Company rdunn@dvhlaw.com |
| Scott S. Rever | on behalf of Trustee John Michael McDonnell srever@genovaburns.com srever@ecf.inforuptcy.com;dmendez@genovaburns.com;dmendez@ecf.inforuptcy.com |
| Timothy P. Duggan | on behalf of Creditor John Deere Construction & Forestry Company tduggan@stark-stark.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 12