UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
TRENTON DIVISION

IN RE:                                                          CASE NO.: 26-10735
                                                                CHAPTER 7

**Brent David Mitzak,**
  **Debtor.**

**Keri Alexis Mitzak,**
  **Joint Debtor.**

_____/

### REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of Select Portfolio Servicing, Inc. ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

Robertson, Anschutz, Schneid, Crane &
Partners, PLLC
Attorney for Secured Creditor
130 Clinton Rd #202
Fairfield, NJ 07004
Telephone: 470-321-7112
Facsimile: 404-393-1425

By: /s/Cory Woerner
    Cory Woerner
    Email: cwoerner@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 7, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

BRENT DAVID MITZAK
201 PARKER ROAD
BLOOMSBURY, NJ 08804

KERI ALEXIS MITZAK
201 PARKER ROAD
BLOOMSBURY, NJ 08804

And via electronic mail to:

KARINA PIA LUCID, ESQ., LLC
1065 ROUTE 22 WEST
SUITE 2B
BRIDGEWATER, NJ 08807

JOHN MICHAEL MCDONNELL, CH. 7 TRUSTEE
500 HOOPER AVENUE
STE SECOND FLOOR
TOMS RIVER, NJ 08753

U.S. TRUSTEE
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

By: /s/ Amber Matas