UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

**GENOVA BURNS, LLC**
110 Allen Road, Suite 304
Basking Ridge, NJ 07920
T: 973-387-7801
E: srever@genovaburns.com
Counsel to John M. McDonnell, Esq., Ch. 7
Trustee
**SCOTT S. REVER (SR 1425)**

In Re:

**BRENT D. MITZAK AND KERI ALEXIS MITZAK,**

                                    Debtors.

**Order Filed on April 8, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 26-10735 CMG

Honorable Christine M. Gravelle

Chapter: 7

**CONSENT ORDER EXTENDING THE DEADLINE TO OBJECT
TO THE DEBTORS' DISCHARGE**

The relief set forth on the following page, numbered two (2) is hereby **ORDERED.**

**DATED: April 8, 2026**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

**(Page 2)**

| | |
|---|---|
| Debtor: | Brent D. Mitzak and Keri Alexis Mitzak |
| Case no.: | 26-10735 CMG |
| Caption of Order: | Consent Order Extending the Deadline to Object to the Debtors' Discharge |

---

**THIS MATTER** having been opened to the Court upon the application filed by John M. McDonnell, Esq., the Chapter 7 Trustee ("Trustee") in the above referenced bankruptcy case, seeking the entry of a Consent Order extending the deadline for the Trustee to object to the Debtors' discharge and the Court having considered the application; and for good cause shown, it is hereby

**ORDERED**, that the last date for the Trustee to file an objection to the Debtors' discharge under Section 727 and the Federal Rules of Bankruptcy Procedure applicable to said section is extended for a period of approximately sixty (60) days, until June 23, 2026.

I hereby consent to the form and entry of the above Consent Order.

3/31/2026

KARINA PIA LUCID, ESQ.
**KARINA PIA LUCID, ESQ., LLC**
Attorneys for Debtors Brent D. Mitzak
and Keris Alexis Mitzak

/s/  SCOTT S. REVER, ESQ.

SCOTT S. REVER, ESQ.
**GENOVA BURNS, LLC**
Attorneys for John M. McDonnell, Esq.
Chapter 7 Trustee