Form finmgtc

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  26−10735−CMG
Chapter:  7
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Brent David Mitzak
201 Parker Road
Bloomsbury, NJ 08804

Keri Alexis Mitzak
201 Parker Road
Bloomsbury, NJ 08804

Social Security No.:
  xxx−xx−4442                          xxx−xx−6120

Employer's Tax I.D. No.:

## NOTICE OF FAILURE TO FILE CERTIFICATE OF DEBTOR EDUCATION

To receive a discharge each individual debtor must participate in a personal financial management course. The course provider or the debtor may file a Certificate of Debtor Education proving compliance with the financial management course requirement for discharge (a separate Certificate must be filed for each debtor in a joint case). The Certificate must be filed by:

Chapter 7: [60 days from the first date set for your Meeting of Creditors.]

To date the court has not received the above document from the debtor(s) or from a course provider. If the court does not receive the document(s) within the time frame set forth above, your case will be closed without entry of the discharge. If the case is closed without entry of the discharge you must file a Motion To Reopen to allow for the filing of the document(s) and pay the applicable filing fee.

Dated: April 6, 2026
JAN: admi

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                              Case No. 26-10735-CMG

Brent David Mitzak                                                                    Chapter 7

Keri Alexis Mitzak

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3                                          User: admin                                                        Page 1 of 2

Date Rcvd: Apr 06, 2026                                Form ID: finmgtc                                          Total Noticed: 3

The following symbols are used throughout this certificate:

**Symbol          Definition**

+                          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                          regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2026:**

**Recip ID                    Recipient Name and Address**
db/jdb              +   Brent David Mitzak, Keri Alexis Mitzak, 201 Parker Road, Bloomsbury, NJ 08804-4042

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Apr 06 2026 21:04:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 06 2026 21:04:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2026                                        Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2026 at the address(es) listed below:**

**Name                              Email Address**

David Fornal
                          on behalf of Creditor Unity Bank dfornal@maselliwarren.com

John Michael McDonnell
                          jmcdonnell@mchfirm.com  NJ95@ecfcbis.com,paralegal@mchfirm.com

District/off: 0312-3      User: admin      Page 2 of 2

Date Rcvd: Apr 06, 2026      Form ID: finmgtc      Total Noticed: 3

John Michael McDonnell

     on behalf of Trustee John Michael McDonnell jmcdonnell@mchfirm.com  NJ95@ecfcbis.com,paralegal@mchfirm.com

Joseph William Kitlas

     on behalf of Creditor Unity Bank jkitlas@masellilaw.com

Karina Pia Lucid

     on behalf of Debtor Brent David Mitzak 15020@notices.nextchapterbk.com;courtnotices@karinalucidlaw.com

Karina Pia Lucid

     on behalf of Joint Debtor Keri Alexis Mitzak 15020@notices.nextchapterbk.com;courtnotices@karinalucidlaw.com

Matthew K. Fissel

     on behalf of Creditor Huntington National Bank bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com

Paul T. DeVlieger

     on behalf of Creditor Developers Surety and Indemnity Company pdevlieger@dvhlaw.com  csimpson@dvhlaw.com

Robert M Dunn

     on behalf of Creditor Developers Surety and Indemnity Company rdunn@dvhlaw.com

Scott S. Rever

     on behalf of Trustee John Michael McDonnell srever@genovaburns.com
srever@ecf.inforuptcy.com;dmendez@genovaburns.com;dmendez@ecf.inforuptcy.com

Timothy P. Duggan

     on behalf of Creditor John Deere Construction & Forestry Company tduggan@stark-stark.com

U.S. Trustee

     USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 12