**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

**GENOVA BURNS, LLC**
110 Allen Road, Suite 304
Basking Ridge, NJ 07920
T: 973-387-7801
E: srever@genovaburns.com
Counsel to John M. McDonnell, Esq., Ch. 7
Trustee
**SCOTT S. REVER (SR 1425)**

In Re:

**BRENT D. MITZAK AND KERI ALEXIS MITZAK,**

                              Debtors.

Order Filed on April 8, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 26-10735 CMG

Honorable Christine M. Gravelle

Chapter: 7

### CONSENT ORDER EXTENDING THE DEADLINE TO OBJECT TO THE DEBTORS' DISCHARGE

The relief set forth on the following page, numbered two (2) is hereby **ORDERED.**

DATED: April 8, 2026

_Christine M. Gravelle_

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

**(Page 2)**

Debtor:          Brent D. Mitzak and Keri Alexis Mitzak

Case no.:       26-10735 CMG

Caption of Order:   Consent Order Extending the Deadline to Object to the
Debtors' Discharge

---

**THIS MATTER** having been opened to the Court upon the application filed by John M. McDonnell, Esq., the Chapter 7 Trustee ("Trustee") in the above referenced bankruptcy case, seeking the entry of a Consent Order extending the deadline for the Trustee to object to the Debtors' discharge and the Court having considered the application; and for good cause shown, it is hereby

**ORDERED,** that the last date for the Trustee to file an objection to the Debtors' discharge under Section 727 and the Federal Rules of Bankruptcy Procedure applicable to said section is extended for a period of approximately sixty (60) days, until June 23, 2026.

I hereby consent to the form and entry of the above Consent Order.

_____     3/31/2026

KARINA PIA LUCID, ESQ.
**KARINA PIA LUCID, ESQ., LLC**
Attorneys for Debtors Brent D. Mitzak
and Keris Alexis Mitzak

/s/  SCOTT S. REVER, ESQ.

_____

SCOTT S. REVER, ESQ.
**GENOVA BURNS, LLC**
Attorneys for John M. McDonnell, Esq.
Chapter 7 Trustee

United States Bankruptcy Court

District of New Jersey

In re:                                                                                            Case No. 26-10735-CMG

Brent David Mitzak                                                                    Chapter 7

Keri Alexis Mitzak

         Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3                          User: admin                                    Page 1 of 2

Date Rcvd: Apr 08, 2026                  Form ID: pdf903                          Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol          Definition**

+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                  regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2026:**

**Recip ID              Recipient Name and Address**
db/jdb            +   Brent David Mitzak, Keri Alexis Mitzak, 201 Parker Road, Bloomsbury, NJ 08804-4042

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2026                          Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2026 at the address(es) listed below:**

**Name                    Email Address**

Cory Francis Woerner
                        on behalf of Creditor Select Portfolio Servicing  Inc. cwoerner@raslg.com

David Fornal
                        on behalf of Creditor Unity Bank dfornal@maselliwarren.com

John Michael McDonnell
                        jmcdonnell@mchfirm.com  NJ95@ecfcbis.com,paralegal@mchfirm.com

John Michael McDonnell
                        on behalf of Trustee John Michael McDonnell jmcdonnell@mchfirm.com  NJ95@ecfcbis.com,paralegal@mchfirm.com

Joseph William Kitlas
                        on behalf of Creditor Unity Bank jkitlas@masellilaw.com

Karina Pia Lucid
                        on behalf of Debtor Brent David Mitzak 15020@notices.nextchapterbk.com;courtnotices@karinalucidlaw.com

District/off: 0312-3                        User: admin                            Page 2 of 2

Date Rcvd: Apr 08, 2026              Form ID: pdf903                      Total Noticed: 1

Karina Pia Lucid

on behalf of Joint Debtor Keri Alexis Mitzak 15020@notices.nextchapterbk.com;courtnotices@karinalucidlaw.com

Matthew K. Fissel

on behalf of Creditor Huntington National Bank bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com

Paul T. DeVlieger

on behalf of Creditor Developers Surety and Indemnity Company pdevlieger@dvhlaw.com  csimpson@dvhlaw.com

Robert M Dunn

on behalf of Creditor Developers Surety and Indemnity Company rdunn@dvhlaw.com

Scott S. Rever

on behalf of Trustee John Michael McDonnell srever@genovaburns.com
srever@ecf.inforuptcy.com;dmendez@genovaburns.com;dmendez@ecf.inforuptcy.com

Timothy P. Duggan

on behalf of Creditor John Deere Construction & Forestry Company tduggan@stark-stark.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 13