Form loccrtno – loccrtnov27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  26–10735–CMG
Chapter:  7
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Brent David Mitzak | Keri Alexis Mitzak |
| 201 Parker Road | 201 Parker Road |
| Bloomsbury, NJ 08804 | Bloomsbury, NJ 08804 |

Social Security No.:
  xxx–xx–4442                                   xxx–xx–6120

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

I  Michelle M. Fogleman , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

201 Parker Road, Bloomsbury, New Jersey 08804

Dated: April 22, 2026
JAN: mmf

Jeanne Naughton
Clerk