UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

STARK & STARK, P.C.

Timothy P. Duggan, Esq.

P.O. Box 5315,

Princeton, New Jersey 08543-5315

(609) 896-9060

tduggan@stark-stark.com

In Re:

BRENT DAVID MITZAK and KERI ALEXIS MITZAK

**Order Filed on April 21, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| Case No.: | 26-10735-CMG |
| Hearing Date: | April 21, 2026 |
| Judge: | Gravelle |
| Chapter: | 7 |

| Recommended Local Form | ☒ Followed | ☐ Modified |
|---|---|---|

## ORDER GRANTING MOTION FOR RELIEF FROM STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 21, 2026**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

Upon the motion of John Deere Construction & Forestry Company, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the motion is granted and the stay is terminated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☐ Real property more fully described as:

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure.  Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

☒ Personal property more fully described as:
   That certain HD 140 VVHF Tandem Roller financed under Account No. *6380

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

It is further ORDERED that the movant shall be permitted to reasonably communicate with Debtor(s) and Debtor(s)' counsel to the extent necessary to comply with applicable non-bankruptcy law.

It is further ORDERED that the Trustee is directed to cease making any further distributions to the Creditor.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 11/14/2023*

2

United States Bankruptcy Court

District of New Jersey

In re:                                                                    Case No. 26-10735-CMG

Brent David Mitzak                                                        Chapter 7

Keri Alexis Mitzak

     Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin            Page 1 of 2

Date Rcvd: Apr 21, 2026        Form ID: pdf903          Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**       **Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2026:**

**Recip ID**            **Recipient Name and Address**
db/jdb                    +   Brent David Mitzak, Keri Alexis Mitzak, 201 Parker Road, Bloomsbury, NJ 08804-4042

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2026          Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2026 at the address(es) listed below:**

**Name**            **Email Address**

Cory Francis Woerner
      on behalf of Creditor Select Portfolio Servicing  Inc. cwoerner@raslg.com

David Fornal
      on behalf of Creditor Unity Bank dfornal@maselliwarren.com

John Michael McDonnell
      jmcdonnell@mchfirm.com  NJ95@ecfcbis.com,paralegal@mchfirm.com

John Michael McDonnell
      on behalf of Trustee John Michael McDonnell jmcdonnell@mchfirm.com  NJ95@ecfcbis.com,paralegal@mchfirm.com

Joseph William Kitlas
      on behalf of Creditor Unity Bank jkitlas@masellilaw.com

Karina Pia Lucid
      on behalf of Debtor Brent David Mitzak 15020@notices.nextchapterbk.com;courtnotices@karinalucidlaw.com

District/off: 0312-3                         User: admin                                    Page 2 of 2

Date Rcvd: Apr 21, 2026                      Form ID: pdf903                          Total Noticed: 1

Karina Pia Lucid

on behalf of Joint Debtor Keri Alexis Mitzak 15020@notices.nextchapterbk.com;courtnotices@karinalucidlaw.com

Matthew K. Fissel

on behalf of Creditor Huntington National Bank bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com

Paul T. DeVlieger

on behalf of Creditor Developers Surety and Indemnity Company pdevlieger@dvhlaw.com  csimpson@dvhlaw.com

Robert M Dunn

on behalf of Creditor Developers Surety and Indemnity Company rdunn@dvhlaw.com

Scott S. Rever

on behalf of Trustee John Michael McDonnell srever@genovaburns.com
srever@ecf.inforuptcy.com;dmendez@genovaburns.com;dmendez@ecf.inforuptcy.com

Timothy P. Duggan

on behalf of Creditor John Deere Construction & Forestry Company tduggan@stark-stark.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 13